# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **FLORENCE BRASS** | **CIV. ACTION NO. 3:22-06146** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART LOUISIANA, L. L. C.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Remand [Doc. No. 7] filed by Plaintiff Florence Brass is hereby **DENIED**.

MONROE, LOUISIANA, this 5th day of April 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**